JACOBSON GARMENT Co., INC., Respondent, v. HENRY RAPKIN, HENRY RAPKIN, INC., Appellants, and HYMAN JACOBSON, Defendant.— Order denying the appellants' motion to dismiss the complaint, pursuant to rule 106 of the Rules of Civil Practice, on the ground that it fails to state facts sufficient to constitute a cause of action, affirmed, with ten dollars costs and disbursements, with leave to appel-

lants to answer within ten days from the entry of the order hereon. No opinion. Lazansky, P. J., Hagarty, Carswell, Johnston and Taylor, JJ., concur.